<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-1017**

———————

MARIA LOURDES BARBARA FLORES, a/k/a Maria Lourdes Barbara
Fury,

        Petitioner,

        v.

MICHAEL B. MUKASEY, Attorney General,

        Respondent.

———————

**No. 08-1622**

———————

MARIA LOURDES BARBARA FLORES, a/k/a Maria Lourdes Barbara
Fury,

        Petitioner,

        v.

MICHAEL B. MUKASEY, Attorney General,

        Respondent.

———————

On Petitions for Review of Orders of the Board of Immigration
Appeals.

———————

Submitted: January 7, 2009      Decided: January 26, 2009

———————

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

———————

Petitions denied in part and dismissed in part by unpublished per curiam opinion.

_____

Jeremiah Johnson, REEVES & ASSOCIATES, APLC, San Francisco, California, for Petitioner. Gregory G. Katsas, Acting Assistant Attorney General, Michelle Gorden Latour, Assistant Director, Joseph A. O'Connell, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Lourdes Barbara Flores, a native and citizen of the Philippines, seeks review of orders of the Board of Immigration Appeals (Board) denying her motions to reopen. We have reviewed Flores' arguments and find no abuse of discretion in the Board's decisions denying her motions to reopen. See 8 C.F.R. § 1003.2(a) (2008); Afanwi v. Mukasey, 526 F.3d 788 (4th Cir. 2008). To the extent Flores challenges the underlying decision of the Immigration Judge that was previously affirmed by the Board, those orders have already been reviewed by this court and are otherwise not part of the instant consolidated petitions for review. See 8 U.S.C. § 1252(d)(2) (2006); Stone v. INS, 514 U.S. 386, 405 (1995).

Accordingly, we deny in part and dismiss in part the petitions for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DENIED IN PART
AND DISMISSED IN PART